**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION**

| | | |
|---|---|---|
| FERMI INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 5:26-CV-100-H |
| | § | |
| TOBY R. NEUGEBAUER, | § | |
| INDIVIDUALLY AND IN HIS | § | |
| CAPACITY AS TRUSTEE OF THE | § | |
| MELISSA A. NEUGEBAUER 2020 | § | |
| TRUST; VICKSBURG INVESTMENTS | § | |
| MANAGEMENT LLC; DAVID A. | § | |
| DAGLIO; CHARLES M. ELSON; | § | |
| SHEILA HOODA; JOHN T. JIMENEZ, | § | |
| and SUNGHEE JANET YANG, | § | |
| | § | |
| Defendants. | § | |

## FERMI INC.'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

On May 13, 2026, the Court issued a Memorandum Opinion and Order holding that it is unlikely that SEC Rule 14a-9 provides Fermi—as the issuer—with an implied federal cause of action to seek injunctive relief challenging Defendants' proxy materials, and therefore that Fermi has not shown the requisite "clear entitlement to the extraordinary and drastic remedy of an emergency injunction." Dkt. No. 44 at 13, 17, 20. The Court noted that "while Fermi cannot likely challenge false and misleading proxy statements via its own implied cause of action, there is still the possibility of a shareholder derivative action." *Id*. at 17.

In light of the Court's ruling, and of the actions taken recently by Fermi's Board of Directors[1] to confirm for shareholders that there is no special meeting called for May 29, 2026,

---

[1] *Fermi Board Announces Actions to Confirm No Special Meeting of Shareholders Has Been Called*, https://www.prnewswire.com/news-releases/fermi-board-announces-actions-to-confirm-no-special-meeting-of-shareholders-has-been-called-302768666.html

516679248.1

Fermi hereby gives notice under Federal Rule of Civil Procedure 41(a)(1)(A)(i) that the above-entitled action is voluntarily dismissed, without prejudice.

Dated May 15, 2026

Respectfully submitted,

BAKER BOTTS L.L.P.

*/s/ Danny David*
Danny David
State Bar No. 24028267
Bill Kroger
State Bar No. 11729900
Amy Pharr Hefley
State Bar No. 24046046
910 Louisiana Street
Houston, Texas 77002
(713) 229-1234
(713) 229-1522 Facsimile
danny.david@bakerbotts.com
bill.kroger@bakerbotts.com
amy.hefley@bakerbotts.com

John B. Lawrence
State Bar No. 24055825
2001 Ross Avenue, Suite 1100
Dallas, Texas 75225
(214) 883-7448
(214) 661-4873 Facsimile
john.lawrence@bakerbotts.com

ATTORNEYS FOR PLAINTIFF FERMI INC.

2